Konstantin Georgiyevich BULDAKOV,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 10–72921.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 4, 2014.

Filed July 1, 2014.

Konstantin G. Buldakov, Tacoma, WA,
pro se.

Chief Counsel Ice, Office of the Chief
Counsel Department of Homeland Securi-
ty, San Francisco, CA, Andrew Nathan
O'Malley, Trial, OIL, Ernesto Horacio Mo-
lina, Jr., Esquire, Senior Litigation Coun-
sel, DOJ–U.S. Department of Justice,
Washington, DC, for Respondent.

Before: McKEOWN and WATFORD,
Circuit Judges, and ROTHSTEIN, Senior
District Judge.*

MEMORANDUM **

Konstantin Buldakov, a native and citi-
zen of Russia, petitions for review of the
Board of Immigration Appeals' ("BIA") or-
der denying his motion to reopen removal
proceedings. We have jurisdiction under 8
U.S.C. § 1252. We review for abuse of
discretion the BIA's denial of a motion to
reopen. *Bhasin v. Gonzales*, 423 F.3d 977,
983 (9th Cir.2005). Buldakov's petition is
denied on the ground that Buldakov has
failed to establish changed circumstances
that would exempt his motion from the
applicable time limitation.

The parties are familiar with the facts,
as set forth in the BIA's decision, so we
need not review them here. Section
240(c)(7)(C)(i) of the Immigration and Na-
tionality Act ("Act"), 8 U.S.C.
§ 1229a(c)(7)(C)(i), requires that motions
to reopen be filed within 90 days of the
final administrative order of removal.
Buldakov filed his motion to reopen out-
side the 90–day window.

Along with his motion to reopen, Bulda-
kov filed an asylum application seeking an
exemption from the 90–day limitation. 8
U.S.C. § 1229a(c)(7)(C)(ii) specifies that
there is no time limit for asylum-seekers
moving to reopen if the asylum-seeker can
show "changed country conditions"
through material evidence that was un-
available at the previous proceeding.

We conclude that based on the evidence
before it the BIA did not abuse its discre-
tion when it concluded that Buldakov
failed to establish changed conditions in
Russia. Because Buldakov could not take
advantage of the exemption to the 90–day
limit, the BIA denied his motion to reopen
as untimely. We agree and affirm. **PE-
TITION DENIED.**

---

* The Honorable Barbara Jacobs Rothstein,
Senior District Judge for the U.S. District
Court for the Western District of Washington,
sitting by designation.

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.